| Attorney or Party without Attorney: <br> Nye, Stirling, Hale & Miller LLP <br> 33 WEST MISSION ST. <br> SUITE 201 <br> Santa Barbara, CA 93101 | | | | For Court Use Only |
|---|---|---|---|---|
| *Telephone No:* 805-963-2345  *FAX No:* (805) 563-5385 | | | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court, Northern District Of Illinois | | | | |
| *Plaintiff:* HOLGER FIALLO | | | | |
| *Defendant:* SOME'S UNIFORMS INC. | | | | |
| **AFFIDAVIT OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> 1:22-CV-03245 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the -; SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; ATTORNEY APPEARANCE FORM; COMPLAINT

3. a. Party served: SOME'S UNIFORMS INC.
   b. Person served: Fabiola Then, Person Authorized to Accept Service of Process

4. Address where the party was served: 314 Main Street
   HACKENSACK, NJ 07601

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Jul. 22, 2022 (2) at: 10:43AM

7. **Person Who Served Papers:**          *Fee for Service:*
   a. JAKE CALLAHAN
   b. **UNITED PROCESS SERVERS, Inc.**
      142 East Figueroa Street
      Santa Barbara, CA 93101
   c. 805 966-2102

8. I declare under penalty of perjury under the laws of the State of ILLINOIS and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE          (JAKE CALLAHAN)          7-22-22

np&s.232727